# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 01/26/2010 |
| Case: 09−13469 | Form ID: ODSC7fi | Total: 31 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10406740    Private Money Loan

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov
tr    Jeffry Locke    JLtrustee@aol.com
aty    Evan Livingstone    evanlivingstone@sbcglobal.net
aty    John Acierno    ecfcanb@piteduncan.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Guillermina Canela    PO Box 231    Graton, CA 95444
cr    HSBC Bank Nevada, N.A.    Bass &Associates, P.C.    3936 E. Ft. Lowell Rd., Ste. 200    Tucson, AZ 85712
cr    Wells Fargo Bank, N.A., as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collaterized Asset−Backed Bonds, Series 2005−6    Pite Duncan, LLP    c/o John B. Acierno    4375 Jutland Drive, Ste 200    PO Box 17933    San Diego, CA 92177−0933
smg    Franchise Tax Board    Bankruptcy Group    P.O. Box 2952    Sacramento, CA 95812−2952
smg    CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001
10406727    Cap One    Po Box 85520    Richmond, VA 23285
10406728    Cba Collection Bureau (Original Cre    25954 Eden Landing Rd    Hayward, CA 94545
10406729    Chase    Bank One Card Serv 800 Brooksedge Blv    Westerville, OH 43081
10406730    Chase    Po Box 15298    Wilmington, DE 19850
10406731    Chase Manhattan Mtge    3415 Vision Dr    Columbus, OH 43219
10406732    Gemb/Dillards    Po Box 981400    El Paso, TX 79998
10406733    Gmac Mortgage    Po Box 4622    Waterloo, IA 50704
10406734    Hilco Rec (Original Creditor:08 Cha    One Northbrook Pla Suite 415    Northbrook, IL 60062
10406735    Hsbc Bank    Po Box 5253    Carol Stream, IL 60197
10406736    Hsbc/Gotts    P O Box 703    Wood Dale, IL 60191
10406737    Pite Duncan LLP    4375 Jutland Dr, Ste 200    San Diego, CA 92177
10406738    Portfolio    120 Corporate Blvd, Ste 100    Norfolk, VA 23502
10406739    Portfolio Rc (Original Creditor:Wel    287 Independence    Virginia Beach, VA 23462
10406741    Sears/Cbsd    Po Box 6189    Sioux Falls, SD 57117
10406742    Sonoma County Treasurer/Tax Collector    585 Fiscal Drive, Room 100F    Santa Rosa, CA 95403
10406743    Thd/Cbsd    Po Box 6497    Sioux Falls, SD 57117
10406744    Usda Rur Dev    P.O. Box 66889    Saint Louis, MO 63166
10406745    Wachovia Mortgage, Fsb    4101 Wiseman Blvd # Mc−T    San Antonio, TX 78251
10406746    Wells Fargo Bank N A    Po Box 31557    Billings, MT 59107
10406747    Wells Fargo Bank Nv Na    Po Box 31557    Billings, MT 59107
10406748    Wilshire Credit Corp    1776 Sw Madison St    Portland, OR 97205

TOTAL: 26